DAVID A. BOONE - State Bar No. 74165
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
David Mestas

Debtor(s)_____/

Chapter 13  
Case No. 11-54263 SLJ  
APPLICATION FOR COMPENSATION;  
DECLARATION

1. Debtor(s)' attorney, _____Law Offices of David A. Boone_____, requests the approval of attorney's fees in the sum of $__2750.00__ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $__0.00__ has been previously paid to Debtor(s)' attorney.

2. In addition to the basic case, the Debtor(s)' case involves:
   ___ Real property claims
   ___ Compromise plan use
   ___ Certain additional real property: ___ piece(s)
   ___ State or federal tax claims
   ___ Vehicle loans or leases
   ___ An operating business
   ___ Support arrears
   ___ Student loans
   ___ 25 or more creditors
   ___ Motion to commence or extend the automatic

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s)' attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: 5/3/2011                           /s/ David A. Boone_____
                                          Attorney for Debtor(s)

Rev. 6/06